UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>AL6932 Avenue, LLC<br><br>Debtor | Case No.1-22-41010-nhl<br><br>Chapter 7 |

**TRUSTEE'S MOTION FOR DISMISSAL OF CHAPTER 7 CASE**

David J. Doyaga, Sr., (the "Trustee"), in the above-captioned case, hereby moves, upon the affirmation of the Trustee annexed hereto, for an order dismissing this case, AL6932 Avenue, LLC for the unexcused failure of the Debtor to appear at the original or the adjourned meeting of creditors mandated by 11 U.S.C. § 341(a). In the absence of the examination of the Debtor, the Trustee is unable to effectively administer the case and determine whether to object to the discharge of the Debtor.

The Trustee has scheduled a hearing before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on September 22, 2022 at 11:30 AM at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201, to consider the aforesaid motion.

**PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be conducted remotely, by telephone or video only. No in-person hearing will be held in the Courthouse.**

Call-in-information: On the date and time set forth above, parties shall dial-in to the hearing using the following dialing instructions: dial number (888) 363-4734, using access code 4702754, at least 10 minutes before the scheduled hearing.

All hearings before Judge Nancy Hershey Lord will be conducted remotely, by telephone or video as the Court deems appropriate, until further notice. It is not necessary to contact the Courtroom Deputy to request prior authorization to appear remotely, whether via telephone or video. Judge Lord will utilize a new sign-in program, eCourt Appearances, to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and if appropriate, the party that you represent. **Please be sure to register at least one business day before your hearing.** You will receive instructions on how to access the

remote hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.

If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. If you do not have a CM/ECF account, you may access eCourt Appearances on the Court's website at **https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl**.

Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.

Dated: Brooklyn, New York
August 23, 2022                                    By: s:/ David J. Doyaga, Sr.
                                                                   David J. Doyaga, Sr.
                                                                    Chapter 7 Trustee
                                                                     26 Court Street - Ste 1601
                                                                     Brooklyn, NY 11242
                                                                     (718) 488-7500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re

AL6932 Avenue, LLC

Debtor

Case No.1-22-41010-nhl

Chapter 7

# AFFIRMATION IN SUPPORT OF MOTION TO DISMISS CHAPTER 7 CASE

I, David J. Doyaga, Sr., have been appointed by the United States Trustee to serve as the interim trustee in the above-captioned case and affirm as follows:

1. This affirmation is made in support of a motion for an order pursuant to 11 U.S.C. § 707(a), dismissing this case for cause.

2. On May 11, 2022, the Debtor commenced this case by filing a voluntary petition under Chapter 7. The Debtor failed to appear and submit to examination, as required by 11 U.S.C. § 343, at the meeting of creditors held pursuant to 11 U.S.C. § 341(a) scheduled for June 10, 2022 and subsequent 341 meetings scheduled for July 8, 2022 and August 19, 2022.

3. The foregoing conduct of the Debtor constitutes cause to dismiss a Chapter 7 case under 11 U.S.C. § 707(a).

Dated: Brooklyn, New York
August 23, 2022

  s/David J. Doyaga, Sr.
David J. Doyaga, Sr.
Chapter 7, Trustee
26 Court Street - Ste 1601
Brooklyn, NY 11242
(718) 488-7500